UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  

**Firm ID xxxxxxxx1938**  
**Date: 1/27/15 @ 10:00 a.m.**

-----------------------------------------------------------x  
In re  

Walter D. Shannon  
Jacqueline C. Burns-Shannon  

Chapter 7  

Case No. 14-73949-las  

Debtors.  
-----------------------------------------------------------x  

## NOTICE OF MOTION TO AVOID JUDICIAL LIENS

**PLEASE TAKE NOTICE**, that upon the annexed Affidavits dated November 18, 2014 of

Walter D. Shannon and Jacqueline C. Burns-Shannon, by their attorneys Macco & Stern, LLP, the

undersigned will move this Court before the Honorable Louis A. Scarcella, Bankruptcy Judge, on the 27th

day of January, 2015 at 10:00 a.m. at the United States Bankruptcy Court, Long Island Federal

Courthouse, 290 Federal Plaza, Courtroom 760, Central Islip, New York 11721 or as soon thereafter as

counsel can be heard, for an Order pursuant to 11 USC Section 522(f), avoiding the judicial liens of

CACH LLC,  American Express Travel Related Services and Arrow Financial Services LLC GE

Money Bank, together with such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order must

be in writing and filed with the Clerk of the Court, United States Bankruptcy Court, Eastern District of

New York, 290 Federal Plaza, Central Islip, New York 11722 (a)(i) through the Bankruptcy Court's

electronic filing system (in accordance with General Order M-242), which may be assessed (with

password which is available by contacting the Bankruptcy Court's technical assistance at 631-712-6200,

Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website:

www.nyeb.uscourts.gov using Netscape Navigator software version 3.0 or higher, and (ii) in portable

document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file

electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the

case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASC II) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Louis A. Scarcella, and served so as to be received by Macco & Stern, LLP, 135 Pinelawn Road, Suite 120 South, Melville, New York 11747, no later than January 20, 2015.

**PLEASE TAKE FURTHER NOTICE**, that answering papers if any, shall be filed with this Court, and served upon the undersigned within three (3) days of the return date of this motion.

Dated:  Melville, New York
       November 24, 2014

MACCO & STERN, LLP
Attorneys for Debtors

BY:_____
       Michael J. Macco
135 Pinelawn Road, Suite 120 South
Melville, New York  11747
(631)549-7900

To:  *Office United States Trustee*
    *Kenneth P. Silverman, Esq.*
    *CACH, LLC*
    *Daniels and Norellli, P.C.*
    *R. Kenneth Barnard, Esq.*
    *American Express Travel Related Services*
    *Forster & Garbus, Esqs.*
    *Arrow Financial Services LLC/*
      *GE Money Bank*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

Walter D. Shannon                                  Chapter 7
Jacqueline C. Burns-Shannon                        Case No. 14-73949-las


                                Debtors.
-------------------------------------------------------------x

## AFFIDAVIT IN SUPPORT OF AMENDED
## MOTION TO AVOID JUDICIAL LIENS

STATE OF NEW YORK)
COUNTY OF SUFFOLK)  ss:-

    Michael J. Macco, being duly sworn, deposes and says:

    1.  That I am the attorney for Walter D. Shannon and Jacqueline C. Burns-Shannon, who

filed a petition for relief under Chapter 7 of the Bankruptcy Code on August 25, 2014, and as

such am completely familiar with the facts and circumstances involved herein.

    2.  The debtors own a residence, located at 22 Community Drive, Coram, New York

11727. This property has a fair market value as of the date of filing of $340,322.00.  Annexed

hereto as Exhibit A is a copy of the Zillow Report.

    3.  This property is subject to a first mortgage with PNC Mortgage, in the amount of

$417,000.00 and a second mortgage with Green Tree Servicing LLC, in the amount of $53,000.

These liabilities are set forth in the debtors' Bankruptcy Petition in Schedule D.  Annexed hereto

as Exhibit B is the debtors' most recent mortgage statements.

    4.  Pursuant to 11 U.S.C. Section 522(d)(1), the debtors are entitled to a Homestead

Exemption of $22,950.00.

5.  This property is subject to certain judicial liens as follows:  CACH LLC, perfected March 30, 2011 in the sum of $7,725.80; American Express Travel Related Services, perfected June 18, 2009 in the sum of $11,198.79; and Arrow Financial Services LLC GE Money Bank, perfected December 2, 2010 in the sum of $4,525.50.  This judgment was listed in the debtor's Bankruptcy Petition Schedule F.  Annexed hereto as Exhibit C is a copy of the Judgment.

6.  11 U.S.C. Section 522(f)1 states in pertinent part as follows:  "…the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled…if such lien is (a) a judicial lien…"

7.  The aforementioned liens impair the debtor's exemption to which the debtor would be entitled under Section 522(d)1.

8.  The aforementioned judicial liens are not of a kind that is specified in Section 523(a)5.

9.  The math calculations as to the impairment of my client's exemption is as follows:

| | |
|---|---|
| Fair market value of residence | 340,322.00 |
| Less mortgage of PNC Mortgage | 417,000.00 |
| Less 2nd mortgage of Green Tree | 53,000.00 |
| Less Homestead Exemption of debtors | 22,950.00 |
| Net Equity for Judgment Creditors | -0- |

WHEREFORE, it is respectfully requested that the aforementioned judicial liens be avoided and that the Clerk of the Court remove said judgment as of record upon the filing of a certified copy of the Bankruptcy Court Order, together with such other and further relief as this Court deems just and proper.

Michael J. Macco

Sworn to before me this
24th day of November, 2014.
*/s/ Janine M. Zarrilli*_____
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re

Walter D. Shannon                                  Chapter 7
Jacqueline C. Burns-Shannon                        Case No. 14-73949-las


                        Debtors.              **AFFIDAVIT**
-----------------------------------------------------------------x

STATE OF NEW YORK  )
COUNTY OF SUFFOLK )

      Walter D. Shannon, being duly sworn, deposes and says:

    1.     I am the Chapter 7 debtor.

    2.     I have reviewed all the information and representations made by my counsel on this Application to avoid the Judicial Liens of the judgment creditors because this judicial lien impairs my exemption.

    3.     The information contained in the Application of my counsel is true and accurate to the best of my knowledge, information and belief.

_Walter D. Shannon_
        Walter D. Shannon


Sworn to before me this
_18th_ day of _Nov_ , 2014.

_____
Notary Public

Jaime Tsoukaris
Notary Public  The State of New York
No. 01TS6236327
Qualified in Suffolk County
My Commission Expires Feb. 28, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

Walter D. Shannon                                    Chapter 7
Jacqueline C. Burns-Shannon                          Case No. 14-73949-las


                            Debtors.                 **AFFIDAVIT**
------------------------------------------------------------x
STATE OF NEW YORK  )
COUNTY OF SUFFOLK )

      Jacqueline C. Burns-Shannon, being duly sworn, deposes and says:

    2.    I am the Chapter 7 debtor.

    2.    I have reviewed all the information and representations made by my counsel on

this Application to avoid the Judicial Liens of the judgment creditors because this judicial lien

impairs my exemption.

    3.    The information contained in the Application of my counsel is true and accurate to

the best of my knowledge, information and belief.

                  Jacqueline C. Burns-Shannon

Sworn to before me this
17th day of November 2014.

_____
Notary Public

                               Jaime Tsoukaris
                 Notary Public   The State of New York
                        No. 01TS6236327
                    Qualified in Suffolk County
              My Commission Expires Feb. 28, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                             Chapter 7

Walter D. Shannon                                  Chapter 7
Jacqueline C. Burns-Shannon                        Case No. 14-73949-las


                              Debtors.           **AFFIDAVIT OF SERVICE**
--------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:

        Carol Smith, being duly sworn deposes that deponent is not a party to the above-captioned action, is over the age of 18 years and resides at West Islip, New York.

        On December 1, 2014, deponent served the within NOTICE OF MOTION TO AVOID JUDICIAL LIENS, AFFIDAVITS, PROPOSED ORDER AVOIDING JUDICIAL LIENS AND EXHIBITS upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

Kenneth P. Silverman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753

CACH LLC
4340 S. Monaco, 2nd Floor
Denver, CO  80237

Daniels and Norelli, P.C.
1 Old Country Road, Suite LL5
Carle Place, NY  11514

American Express Travel Related Services
200 Vesey Street, Floor 44
New York, NY  10285

Forster & Garbus, Esqs.
60 Motor Parkway
Commack, NY  11725

Arrow Financial Services LLC
   GE Money Bank
5996 W. Touhy Avenue
Niles, IL  60714

_Carol Smith_
Carol Smith

Sworn to before me this
1st day of December, 2014.

_/s/ Janine M. Zarrilli_
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

Walter D. Shannon                                  Chapter 7
Jacqueline C. Burns-Shannon                        Case No. 14-73949-las

                                                   **ORDER AVOIDING**
                         Debtor.                   **JUDICIAL LIENS**

--------------------------------------------------------x

       Walter D. Shannon and Jacqueline C. Burns-Shannon, debtors herein, by their attorneys,

Macco & Stern, LLP, having moved this Court pursuant to a Notice of Motion dated November

24, 2014, seeking an Order pursuant to 11 USC §522(f), avoiding the judicial lien filed against

the debtors' real property located at 22 Community Drive, Coram, NY 11727 CACH LLC,

American Express Travel Related Services and Arrow Financial Services LLC GE Money Bank

and due notice having been given; and the motion having come on for a hearing before this Court

on January 27, 2015, and no opposition having been filed with the Court; and after due

deliberation, it is

       ORDERED, that the motion is granted, as provided herein; and it is further

       ORDERED, that the judicial lien of CACH LLC, perfected March 30, 2011, in the sum of

$7,725.80, is hereby vacated, expunged and avoided with respect to the debtors' interest in the

aforementioned real property; and it is further

       ORDERED, that the judicial lien of American Express Travel Related Services, perfected

June 18, 2009, in the sum of $11,198.79, is hereby vacated, expunged and avoided with respect

to the debtors' interest in the aforementioned real property; and it is further

ORDERED, that the judicial lien of Arrow Financial Services LLC GE Money Bank, perfected December 2, 2010, in the sum of $4,525.50, is hereby vacated, expunged and avoided with respect to the debtors' interest in the aforementioned real property; and it is further

ORDERED, that the County Clerk of the County in which the Debtors reside be, and is hereby directed, to index and record a certified copy of this Order as an instrument vacating, expunging, and avoiding the aforementioned judicial liens, conditioned upon the debtor ultimately obtaining a discharge in bankruptcy.

# EXHIBIT A

· · · 22 Community Dr



# 22 Community Dr,
Coram, NY 11727

**-- beds · -- baths · -- sqft**

**OFF MARKET**
Zestimate®: $340,322
Rent Zestimate®: $2,259/mo
Est. Refi Payment
$1,278/mo

This is a single family home. It is located at 22 Community
Dr Coram, New York.

**FACTS**
- Lot: 1.05 acres
- Single Family

**MAP**



## Zestimate Details

**Zestimate**
$340,322
+$4,568  Last 30 days
$293K        $402K
Zestimate range

**Rent Zestimate**
$2,259/mo
+$0  Last 30 days
$1.5K        $2.8K
Zestimate range

**Zestimate forecast**
$XXX,XXX
Unlock Zestimate forecast
0
One year





## Popularity on Zillow

If this home is listed on Zillow, it will reach the largest real estate network on the web.*

**114 all-time views**
of this home ()

**67 forecasted views of this home**
in the first 7 days after listing for sale
(204 views if listed for rent)

**Interested in selling this home?**
Post your home as , , , or .

## Price History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
| --- | --- | --- | --- | --- |
| Historical transaction data is not available for this home. | | | | |

## Tax History

Find assessor information on the

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | CHANGE |
| --- | --- | --- | --- | --- |
| 2012 | $11,623 +13.1% | +13.1% | $3,300 | -- |

## Home Expenses

## Home Design

Thinking remodel? See home

| Estimate | Estimate | Estimate |
| --- | --- | --- |
| $57,400 | $48,000 | $42,000 |

22 Community Dr, Coram, NY 11727 - Zillow

**NEARBY CITIES**          **NEARBY ZIP CODES**          **OTHER CORAM TOPICS**

is a single family home on a lot of 45,738 sqft (or 1.05 acres). Zillow's Zestimate® for 22 Community Dr is $340,322 and the Rent Zestimate® is $2,259/mo. The 4 bed single family home at in is comparable and for sale for $344,999. This home is located in Coram in zip code 11727. The closest ZIP codes are and . , and are the nearest cities.

Yahoo!-Zillow Real Estate Network          © 2006-2014 Zillow          Follow us

# EXHIBIT B

MAY-17-2014 08:43    From:                                To:16315497845                    Page:2/7

# green tree
### relationships that work

PO Box 6172
Rapid City, SD 57709-6172

## MONTHLY BILLING STATEMENT

### Account Information

| | | |
|---|---|---|
| Account # | | |
| Billing Date: | | 08/06/2009 |
| Year To Date Interest Paid: | $ | 1,009.82 |
| Corporate Advance Balance*: | $ | 44.47 |
| Principal Balance**: | $ | 51,460.92 |

#BWNKDVR
#INCGELHP2#

**NEXT PAYMENT DUE DATE: 09/01/2009**

| | | |
|---|---|---|
| Current Payment: | $ | 574.37 |
| Past Due Payment: | $ | 3,446.22 |
| Escrow Due: | | |
| Insurance Due: | | |
| Additional Charges Due: | | |
| Billed Late Charges: | | |
| **Total Amount Due:** | **$** | **4,020.59** |

+ 0250006 000003489 09GT01-055880-P1P2P3P4P8
Walter Shannon
22 Community Dr
Coram NY 11727-2701

||ˌ||ˌ||ˌ|||ˌ||ˌ||ˌ|ˌ|ˌ||ˌ||||ˌˌ||ˌ|ˌ|ˌ||ˌ||ˌ||ˌ|||ˌ|ˌ|

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other
amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.



| GENERAL INFORMATION | IMPORTANT MESSAGES |
|---|---|

### BILLING INQUIRIES
Send inquiries (not payments) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

### CUSTOMER SERVICE
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

### REMITTANCE ADDRESS
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL  800-643-0202  FOR PAYMENT ARRANGEMENTS**

**EFFECTIVE SEPTEMBER 1, 2009, THE FEE SPEEDPAY CHARGES FOR ONE TIME PAYMENTS WILL BE INCREASED FROM $10.00 TO $12.00. .**

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 08/06/2009

| | | | | | | INSURANCE | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Life/ Disability | Other Insurance | Add'l/Late Charges | Escrow Amount |

*CU4602*

### relationships that work
# green tree

**-Please make checks payable to Green Tree-**

**ACCOUNT NUMBER**

Detach and return this portion with remittance

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

🏠 LENDER

| | |
|---|---|
| **PAYMENT DUE DATE** | 09/01/2009 |
| **TOTAL PAYMENT DUE** | 4,020.59 |
| **TOTAL ENCLOSED $** | ☐☐☐ , ☐☐☐ . ☐☐ |

Enter total amount of payment enclosed

Walter Shannon
22 Community Dr
Coram NY 11727-2701

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

||ˌ|ˌ||ˌ|ˌ||ˌ||ˌ|ˌ|ˌ|ˌ|ˌ||ˌ|ˌ||ˌ||ˌˌ|ˌˌ|ˌ|||ˌˌ||ˌ||ˌ|

89112548 6   00057437     0000402059



| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | IF NOT REC'D BY | LATE CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
|  | DEC 01 08 | $2,785.39 | DEC 16 08 | $55.71 | $2,841.10 |

IRS tax information will be mailed automatically next month.
WALTER SHANNON OR JACQUELINE BURNS SHANNON

**PNC**
MORTGAGE™
PO BOX 6534
CAROL STREAM, IL  60197-6534

*Additional funds shall be applied toward outstanding fees, and the current month's payment must be satisfied prior to additional principal payments being applied.*

REGULAR PAYMENT  $

*ADDITIONAL PRINCIPAL  $

LATE CHARGES  $

TOTAL PAYMENT  $

0000485377650000278539200002841107

1:5000m0003I: 0004853776m001



**REPLY TO:**
1400 Old Country Road,
Suite C103
Westbury, NY 11590
516-394-6921

7 Century Drive, Suite 201
Parsippany, NJ 07054

28 East Main Street, Suite
1800
Rochester, NY 14614

August 20, 2014

**VIA REGULAR MAIL**
JACQUELINE BURNS-SHANNON
22 COMMUNITY DRIVE
CORAM NY 11727

       RE:   Borrower: WALTER SHANNON and JACQUELINE
                BURNS-SHANNON
                Creditor:  DEUTSCHE BANK TRUST COMPANY AMERICAS AS
                TRUSTEE
                Mortgage Loan No.:******3776
                Our File No. 1

Dear WALTER SHANNON:

      **THIS FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT
A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT
PURPOSE. THIS NOTICE IS REQUIRED BY THE FEDERAL FAIR DEBT
COLLECTION PRACTICES ACT AND DOES NOT IMPLY THAT THE MORTGAGEE
IS ATTEMPTING TO COLLECT MONEY FROM ANYONE WHO IS NOT AN
OBLIGOR ON THE LOAN OR WHOSE DEBT HAS BEEN DISCHARGED UNDER
THE BANKRUPTCY OR ANY OTHER LAWS OF THE UNITED STATES.**

      Please be advised that this firm has been retained to represent the above named mortgage
creditor. At this time, no attorney with this firm has personally reviewed the particular
circumstances of your account. However, if you fail to contact this office, our client may
consider additional remedies to recover the balance due.

      If you have any questions regarding this matter, please contact FEIN, SUCH & CRANE
LLP, at (516) 394-6921 between the hours of 9:00 a.m. and 5:00 p.m., Monday through Friday.

      As of the date of this letter, you owe a balance of $684,030.56. Because of interest, late

charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before processing your payment. For more detailed payoff information, please submit a written request via fax at 973-267-9998.

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment. If the original creditor is different from the creditor named above, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

However, if you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this letter, the law requires that we stop our collection efforts (through litigation or otherwise) to collect the debt or until we mail the requested information to you.

This firm is hired to collect on this debt but will only file a foreclosure suit in New York and will not file suit anywhere outside of New York. The law does not require that we wait until the end of the thirty-day period before commencing suit against you in New York to collect this debt except that if, you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon your receipt of this notice, the law requires that we stop our collection efforts (through foreclosure in New York) to collect the debt until we mail the requested information to you.

Very truly yours,
FEIN, SUCH & CRANE, LLP

EXHIBIT C



# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT

10/06/2014    12:44:00 pm

## General Info for Doc Date: 7/27/2011    Seq #:    357    Doc Type:    JU-TRANSCR-JGMT

| INDEX # | D T PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| CEC 10 0014857 | 3/30/2011 3:45:00 PM | 1ST | SUFFOLK    1 | 7,460.42 | 265.38 | 7725.8 | |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| SHANNON | JACQUELINE | | 22 | COMMUNITY | DR | | | CORAM | NY | 11727 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| CACH LLC | | | 4340 | S MONACO | | 2ND FLOOR | | DENVER | CO | 80237 |

### Attorney Info

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| DANIELS AND NORELLI P C | 1 | OLD COUNTRY | ROAD | SUITE LL5 | | CARLE PLACE | NY | 11514 |



# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT

10/06/2014   12:44:49 pm

## General Info for   Doc Date: 2/22/2010   Seq # :   518   Doc Type :   JU-TRANSCR-JGMT

| INDEX # | D T PERFECTED | COURT | COUNTY | SHERIFF | FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| BAC 09 0002066 | 6/18/2009 11:29:00 AM | 2ND | SUFFOLK | 1 | | 11,026.89 | 171.90 | 11198.79 | |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| SHANNON | WALTER | | 22 | COMMUNITY | DR | | | CORAM | NY | 11727 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES | | | 200 | VESEY | ST | FL 44 | | NEW YORK | NY | 10285 |

### Attorney Info

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| FORSTER & GARBUS ESQS | 500 | BI COUNTY | BLVD | PO BOX 9030 | | FARMINGDALE | NY | 11735 9030 |



# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT

10/06/2014   12:45:06 P

## General Info for  Doc Date: 1/19/2011    Seq # :    330    Doc Type :    JU-TRANSCR-JGMT

| INDEX # | D T PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| BAC 10 0008781 | 12/2/2010 4:31:00 PM | 2ND | SUFFOLK 1 | 4,290.50 | 235.00 | 4525.5 | |

## Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| SHANNON | WALTER | | 22 | COMMUNITY | DR | | | CORAM | NY | 11727 |

## Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| ARROW FINANCIAL SERVICES LLC | | APO | 5996 | W TOUHY | AVE | | | NILES | IL | 60714 |
| GE MONEY BANK | | | 5996 | W TOUHY | AVE | | | NILES | IL | 60714 |

## Attorney Info

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| FORSTER & GARBUS ESQS | 500 | BI COUNTY | BLVD | PO BOX 9030 | | FARMINGDALE | NY | 11735 9030 |