

1225 Franklin Ave
Suite 325
Garden City 11530
516. 395.0586

January 13, 2015

Dear Sir/Madam

**Re: Walter and Jacqueline Shannon
22 Community Drive, Coram New York 11727**

Enclosed please find a Comparative Market Analysis for the above referenced property.
In regards to the above referenced property it is my professional opinion as a Real Estate Broker, that the listing price is $325,000. This pricing is based on property condition, recent home sales and average sale prices in the neighborhood. Due to the number of Short Sales and Foreclosures in Coram market the prices are depressed.

If I can be of further assistance feel free to contact me at the above number.

Sincerely,

*Maude Galette*

Maude Galette
Lic. NY Real Estate Broker

# COMPARATIVE MARKET ANALYSIS

To establish the market price of

## 22 Community Drive
## Coram, NY 11727

**Prepared for Walter & Jacqueline Shannon**
**January 14, 2015**

Maude Galette
Dominion Universal Realty Inc
maudegalette@yahoo.com

**Prepared by:** Maude Galette                                              **Printed:** 01/14/2015

### Subject Property

| Address | Age | Beds | Total | SqFt | Acreage | Price | $/SqFt | DOM |
|---|---|---|---|---|---|---|---|---|
| 22 Community Drive | 10 | 4 | 3 | 2,300 | 40000.0000 | $325,000 | $141.30 | — |

### On Market Comparables

| Address | Age | Beds | Total | SqFt | Acreage | Price | $/SqFt | DOM |
|---|---|---|---|---|---|---|---|---|
| 31 Whiskey Rd | 14 | 3 | 3 | 0 | 1.0700 | $319,900 | — | 71 |
| 75 Middle Island Blvd | 11 | 4 | 3 | 2,600 | 2.0000 | $339,000 | $130.38 | 288 |
| 26 Arbutus Ln | 17 | 3 | 3 | 0 | 0.8700 | $319,990 | — | 84 |
| 53 Orleans Green | 2015 | 3 | 2 | 2,100 | 0.3500 | $354,000 | $168.57 | 139 |

### Sold Comparables

| Address | Age | Beds | Total | SqFt | Acreage | Price | $/SqFt | DOM |
|---|---|---|---|---|---|---|---|---|
| 30 Westfield Rd | 1 | 4 | 3 | 2,200 | 1.1478 | $315,000 | $143.18 | 192 |
| Lot 8 Middle Island Blvd | 2 | 3 | 2 | 1,260 | 0.8402 | $305,000 | $242.06 | 303 |
| 109 Westfield Rd | 45 | 4 | 4 | 2,400 | 0.3700 | $315,000 | $131.25 | 77 |
| 39 Sparrow Dr | 37 | 4 | 4 | 2,000 | 0.4500 | $295,000 | $147.50 | 366 |
| 14 Amber Ln | 9 | 5 | 3 | 3,000 | 0.4600 | $314,000 | $104.67 | 182 |
| 46 Community Dr | 39 | 3 | 3 | 0 | 0.3500 | $282,500 | — | 99 |

### Off-Market Comparables

| Address | Age | Beds | Total | SqFt | Acreage | Price | $/SqFt | DOM |
|---|---|---|---|---|---|---|---|---|
| 36 Sparrow Dr | 26 | 4 | 2 | 1,900 | 0.3500 | $279,000 | $146.84 | 167 |
| 6 Starling Ct | 31 | 4 | 2 | 0 | 0.3900 | $272,340 | — | 105 |
| 83 Whiskey Rd | 41 | 3 | 2 | 0 | 0.4000 | $314,900 | — | 25 |

### Statistics For Selected Comparables

| On Market | Sold | Off-Market |
|---|---|---|
| Avg. List Price: $333,223 | Avg. List Price: $307,300 | Avg. List Price: $288,747 |
| Avg. $ / SqFT: $149.48 | Avg. $ / SqFT: $156.02 | Avg. $ / SqFT: $146.84 |
| Avg. DOM: 146 | Avg. DOM: 203 | Avg. DOM: 99 |
|  | Avg. Sale Price: $304,417 |  |
|  | Avg. Sale $ / SqFT: $153.73 |  |
|  | Sale $ to List $: 99% |  |

**Prepared by:** Maude Galette　　　　　　　　　　　　　　　　**Printed:** 01/14/2015

| | Subject Property | On Market Comp | On Market Comp | On Market Comp | On Market Comp |
|---|---|---|---|---|---|
| Address | 22 Community Drive | 31 Whiskey Rd | 75 Middle Island Blvd | 26 Arbutus Ln | 53 Orleans Green |
| Age | 10 | 14 | 11 | 17 | 2015 |
| Beds | 4 | 3 | 4 | 3 | 3 |
| Total Baths | 3 | 3 | 3 | 3 | 2 |
| SqFt | 2,300 | 0 | 2,600 | 0 | 2,100 |
| Acreage | 40000.0000 | 1.0700 | 2.0000 | 0.8700 | 0.3500 |
| Price | $325,000 | $319,900 | $339,000 | $319,990 | $354,000 |
| $/SqFt | $141.30 | — | $130.38 | — | $168.57 |
| DOM | — | 71 | 288 | 84 | 139 |

**Prepared by:** Maude Galette                                              **Printed:** 01/14/2015

| | Subject Property | Sold Comp | Sold Comp | Sold Comp | Sold Comp |
|---|---|---|---|---|---|
| Address | 22 Community Drive | 30 Westfield Rd | Lot 8 Middle Island Blvd | 109 Westfield Rd | 39 Sparrow Dr |
| Age | 10 | 1 | 2 | 45 | 37 |
| Beds | 4 | 4 | 3 | 4 | 4 |
| Total Baths | 3 | 3 | 2 | 4 | 4 |
| SqFt | 2,300 | 2,200 | 1,260 | 2,400 | 2,000 |
| Acreage | 40000.0000 | 1.1478 | 0.8402 | 0.3700 | 0.4500 |
| Price | $325,000 | $315,000 | $305,000 | $315,000 | $295,000 |
| $/SqFt | $141.30 | $143.18 | $242.06 | $131.25 | $147.50 |
| DOM | — | 192 | 303 | 77 | 366 |

**Prepared by:** Maude Galette                                        **Printed:** 01/14/2015

|            | Subject Property    | Sold Comp    | Sold Comp      |
|------------|---------------------|--------------|----------------|
| Address    | 22 Community Drive  | 14 Amber Ln  | 46 Community Dr |
| Age        | 10                  | 9            | 39             |
| Beds       | 4                   | 5            | 3              |
| Total Baths| 3                   | 3            | 3              |
| SqFt       | 2,300               | 3,000        | 0              |
| Acreage    | 40000.0000          | 0.4600       | 0.3500         |
| Price      | $325,000            | $314,000     | $282,500       |
| $/SqFt     | $141.30             | $104.67      | —              |
| DOM        | —                   | 182          | 99             |

**Prepared by:** Maude Galette               **Printed:** 01/14/2015

|              | Subject Property    | Off-Market Comp | Off-Market Comp | Off-Market Comp |
|--------------|---------------------|-----------------|-----------------|-----------------|
| Address      | 22 Community Drive  | 36 Sparrow Dr   | 6 Starling Ct   | 83 Whiskey Rd   |
| Age          | 10                  | 26              | 31              | 41              |
| Beds         | 4                   | 4               | 4               | 3               |
| Total Baths  | 3                   | 2               | 2               | 2               |
| SqFt         | 2,300               | 1,900           | 0               | 0               |
| Acreage      | 40000.0000          | 0.3500          | 0.3900          | 0.4000          |
| Price        | $325,000            | $279,000        | $272,340        | $314,900        |
| $/SqFt       | $141.30             | $146.84         | —               | —               |
| DOM          | —                   | 167             | 105             | 25              |

**Prepared by:** Maude Galette                                      **Printed:** 01/14/2015

This report analyzes current market conditions and shows sales by price range in the area around 22 Community Drive. The For Sale column indicates how many properties are currently for sale in each price range. The Sold column shows how many properties sold during the past year. The remaining columns break down sales during the past year.

In the property's price range ($321,750-$328,249), 6 properties for sale and 3 properties sold during the past 12 months: 3 in QTR4, none in QTR3, none in QTR2, none in QTR1.

| Area: Around 22 Community Drive | | | | | Price: $276,250 - $373,749 | | |
|---|---|---|---|---|---|---|---|
| Price Range | Sold | For Sale | 30 Day | QTR4 | QTR3 | QTR2 | QTR1 |
| $276,250-$282,749 | 1 | 3 | 0 | 0 | 1 | 0 | 0 |
| $282,750-$289,249 | 8 | 3 | 0 | 1 | 3 | 3 | 1 |
| $289,250-$295,749 | 5 | 3 | 0 | 3 | 0 | 2 | 0 |
| $295,750-$302,249 | 2 | 6 | 0 | 1 | 1 | 0 | 0 |
| $302,250-$308,749 | 3 | 3 | 1 | 1 | 1 | 1 | 0 |
| $308,750-$315,249 | 8 | 0 | 1 | 3 | 3 | 1 | 1 |
| $315,250-$321,749 | 2 | 6 | 0 | 1 | 0 | 0 | 1 |
| **$321,750-$328,249** | 3 | 6 | 1 | 3 | 0 | 0 | 0 |
| $328,250-$334,749 | 2 | 5 | 0 | 1 | 0 | 0 | 1 |
| $334,750-$341,249 | 2 | 6 | 0 | 0 | 1 | 0 | 1 |
| $341,250-$347,749 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| $347,750-$354,249 | 3 | 5 | 0 | 1 | 1 | 1 | 0 |
| $354,250-$360,749 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $360,750-$367,249 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $367,250-$373,749 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Totals | 40 | 50 | 3 | 15 | 11 | 8 | 6 |

Pending properties in the area (if any) are excluded from this analysis.

| Date Ranges | |
|---|---|
| Sold | January 19, 2014 - January 14, 2015 |
| 30 Day | December 15, 2014 - January 14, 2015 |
| QRT4 | October 16, 2014 - January 14, 2015 |
| QRT3 | July 18, 2014 - October 15, 2014 |
| QRT2 | April 19, 2014 - July 17, 2014 |
| QRT1 | January 19, 2014 - April 18, 2014 |

**Prepared by:** Maude Galette                                          **Printed:** 01/14/2015



### AREA COMPETITION

This graph shows the number of on market and sold listings in the area surrounding the subject property. The listing counts are displayed in price intervals of $30,000, allowing you to see which price ranges are more active than others. For example, in the $307K-$337K price range, we can see that 17 listings are currently on market and that 16 had sold in the last year.



### MARKET TIME

This graph shows the average number of days on market for listings in the area surrounding the subject property as well as the average for listings within a 5 mile radius. The averages are displayed in price intervals of $30,000, allowing you to see which price ranges are more active than others. For example, in the $307K-$337K price range, we can see that 148 days is the average number of days on market for a listing in the area of the subject property and that 163 days is the average for listings within a 5 mile radius.
* Days on Market (DOM) is calculated by subtracting the List Date from the Current Date.

**Prepared by:** Maude Galette                                     **Printed:** 01/14/2015



### BUYER INTEREST GUIDE

This guide demonstrates the relationship between list price and days on market. If a property is priced below its suggested market value, it will attract more buyers and sell faster. If a property is priced above its suggested market value, buyer interest will decrease and the property will take longer to sell. This is only illustrative of the home selling process and does not reflect any actual results.



### PRICE ANALYSIS

The price ranges on the left estimate the value of the subject property based on the selected comparables.

**How Sold / On Market / Off-Market Ranges Are Calculated**

LOW = Lowest $ / SqFt X Subject Property SqFt

HIGH = Highest $ / SqFt X Subject Property SqFt

AVERAGE = Average $ / SqFt X Subject Property SqFt

**How Subject Ranges Are Calculated**

LOW = Lowest Avg. $ / SqFt (from each group) X Subject Property SqFt

HIGH = Highest Avg. $ / SqFt (from each group) X Subject Property SqFt